IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEIGH LOBELLO** | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| **VS.** | * | |
| | * | **COMPLAINT AND DEMAND** |
| **PIONEER CREDIT RECOVERY, INC.** | * | **FOR JURY TRIAL** |
| **DEFENDANT** | * | |

# COMPLAINT

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3. Plaintiff, Leigh LoBello (hereinafter referred to as "plaintiff" and "Ms. LoBello") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Pioneer Credit Recovery, Inc. (hereinafter referred to as "Pioneer" or "defendant") is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808. Pioneer, at all times relevant hereto,

regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or about November 7, 2007, defendant Pioneer contacted Ms. LoBello regarding her student loans which were owed to United Student Aid Finds, Inc. ("creditor").

6. The alleged debt was for a student loan that which was used solely for personal, family or household purposes.

7. During this telephone conversation, Ms. LoBello informed Pioneer that she was being represented by The Cohn Law Firm.

8. Despite being told this, the defendant continued to discuss repayment of this alleged debt with Ms. LoBello.

9. The defendant informed Ms. LoBello that Pioneer would not speak with her attorneys on Ms. LoBello's behalf until they received a letter from her attorney.

10. Defendant also informed Ms. LoBello that they would do a tax intercept for her tax refund due from the Internal; Revenue Service for the 2007 tax year.

11. Defendant did not do a tax intercept as threatened.

## **DEFENDANT'S PRACTICES**

12. Defendant, Pioneer Credit Recovery, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692c, 1692e, 1692e(5), and 1692e(10).

13. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully request that the Court grant the following relief in her favor and against Defendant Pioneer Credit Recovery, Inc., for:

    a.    Additional damages;

    b.    Actual damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

        s/Garth J. Ridge
        **GARTH J. RIDGE**
        Attorney for Plaintiff
        Bar Roll Number: 20589
        251 Florida Street, Suite 301
        Baton Rouge, Louisiana 70801
        Telephone Number: (225) 343-0700
        Facsimile Number: (225) 343-7700
        E-mail: GarthRidge@aol.com